**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| THOMAS J. BEAL, | : | No. 11 WAP 2018 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court entered |
| | : | February 22, 2018 at No. 593 MD |
| v. | : | 2017. |
| | : | |
| | : | |
| JOHN/JANE DOE, SECRETARY, | : | |
| DEPARTMENT OF CORRECTIONS, ET | : | |
| AL., | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 28th day of December, 2018, the order of the Commonwealth Court is **AFFIRMED**.